# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Allen L. Pyron, | Case No. 18-cv-3156 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Thane Murphy, Office of Special Investigations-Moose Lake; Tina Joseph, Accounting Technician, MSOP-Moose Lake; Emily Johnson, U.S. Bank Sales & Services Manager; and Tony Vittorio, U.S. Bank Branch Manager, sued in their individual and official capacities, | |
| Defendants. | |

This matter comes before the Court on pro se Plaintiff Allen L. Pyron's letter request (ECF No. 7) for an extension of time to comply with the Court's December 6, 2018 Order (ECF No. 6). Plaintiff states that "[i]t is taking longer than anticipated" to get his banking documents in order and requests that he be given until February 8, 2019 to comply. (ECF No. 7 at 1.)

For good cause shown, **IT IS HEREBY ORDERED** that Plaintiff's letter request (ECF No. 7) is **GRANTED**. Plaintiff shall have up to and including **February 8, 2019**, to comply with the Court's December 6, 2018 Order, failing which it will be recommended that this action be dismissed without prejudice for failure to prosecute.

Date: January __15__, 2019

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge