# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Allen L. Pyron,  Civil No. 18-cv-3156 (PJS/TNL)

    Plaintiff,

v.  **ORDER**

Thane Murphy, et al.,

    Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 8, 2019 (ECF No. 9), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  4/4/19  
    s/Patrick J. Schiltz  
    The Honorable Patrick J. Schiltz  
    United States District Court Judge  
    for the District of Minnesota